Israel Eisenstein, Plaintiff, *v.* The Old Dominion
Steamship Co., Defendant.

(City Court of New York, Special Term, November, 1907.)

Calendar — Order .on calendar — Proceedings to obtain preference —
Time to make motion.

> Under Rule 2 of the City Court of the city of New York either
> party to an action on contract, of replevin or for conversion, where
> a note of issue has been filed and the case noticed for trial, may
> apply, on two days' notice, for an order placing the cause on the
> Special Calendar; and an objection that the motion is premature
> and should not be made until after the date for which the cause
> was noticed for trial is untenable.

Motion for an order placing the cause on the Special
Calendar for trial.

P. F. Morris Cukor, for plaintiff.

D. F. Robinson, Biddee & Benedict, for defendant.

Wadhams, J.   Motion is made for an order placing the
cause on the Special Calendar for actions the trial of which
will not occupy more than two hours.   Objection is made
that the motion is prematurely brought in that the cause has
been noticed for the first Monday of October, 1907, and that
a motion to advance should not be entertained until after
that date.   Rule II of the Rules of the City Court of the city
of New York provides in respect to such motions: " In actions
on contract, of replevin or for conversion, where a note of
issue has been filed and the cause noticed for trial, either party
may apply to the Special Term, on two days' notice to the
adverse party, for an order placing the cause on the Special
Calendar."   In this action a note of issue has been filed and
the cause noticed for trial.   The language of the rule is
clear and its meaning plain.   In the, absence of some con-
trolling reason to the contrary the rule should be construed
according to its explicit terms.   No such reason is presented.
It is urged that until the date for which the cause is noticed
for trial no cause can properly be said to be upon the cal-

endar of the court. Such is not the practice. The note of issue having been filed, the cause has been given a number and placed upon the General Calendar. The rule in question requires that the "order shall specify the number of the cause on the General Calendar." After notice of trial the disposition of the action by trial must then await the term for which the action is noticed, but a motion to transfer the cause from the General to the Special·Calendar may, under the rule, be made either before or after the term for which the cause has been noticed. The practice prescribed ·is uniform with that in other courts of record under similar rules, and with that upon motions for preference under section 793 of the Code of Civil Procedure. Moreover, it is in aid of the disposition of business, preventing the crowding of the Special Term Calendar at the end of the summer recess, and enabling the calendars to be prepared in advance of the opening of the term for which the cause is noticed. It appearing that the trial will not require more than two hours, the motion is granted.

Motion granted.